UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 23-8992-JFW(SSCx)**                                    Date:  November 13, 2023

Title:   Genevieve Fonseca -v- Bonita Unified School District, et al.

**PRESENT:**

　　　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　None　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　　ORDER DISMISSING ACTION

　　　As a result of Plaintiff's failure to confer with Defendants and file the Joint Rule 26(f) Report as required by the Court's Order of October 26, 2023, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for November 27, 2023, is **VACATED**.  See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

　　　IT IS SO ORDERED.